JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DANIEL LLEWELLYN, | No. 5:25-cv-02605-JFW-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| MISS ARAIZA, Warden of F.C.I. Victorville-II, | |
| Respondent. | |

Pursuant to the Order Dismissing Action as Moot,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: December 3, 2025

JOHN F. WALTER
United States District Judge